

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00018-CR

Roosevelt J. **GREEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-22234W
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we REFORM the judgment and bill of costs to delete Appellant Roosevelt J. Green's requirement to pay attorney's fees, and AFFIRM the trial court's judgment as reformed. Appellate counsel's motion to withdraw is GRANTED.

SIGNED November 27, 2013.

_____
Patricia O. Alvarez, Justice